November 28, 2004

Clerk of the Court
United States District Court
Central District of Illinois
100 N.E. Monroe
Peoria, IL 61602

**FILED**

DEC 0 1 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RE:  Kenneth Campbell
     Reg. No. 14357-424
     Docket No. 01-40100-003

Clerk of the Court:

   I have written this letter to request that my Sentencing Transcripts be sent to me for the above case. I need them for a Motion I will be submitting to this Court in the near future.

   Please send them to me as soon as possible. Your assistance will be greatly appreciated.

Sincerely,

*Kenneth L. Campbell*
Kenneth Campbell
Reg. No. 14357-424
FCI Milan
P.O. Box 1000
Milan, MI 48160