```
                    UNITED STATES OF AMERICA
                  UNITED STATES DISTRICT COURT
                  CENTRAL DISTRICT OF ILLINOIS
                      ROCK ISLAND DIVISION
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 01-40100-003 |
| vs. ) | |
| ) | |
| **KENNETH LAVELLE CAMPBELL,** ) | |
| ) | |
| Defendant. ) | |

### ENTRY OF APPEARANCE

I, KEVIN F. SULLIVAN, am hereby entering my appearance on behalf of Defendant, **KENNETH LAVELLE CAMPBELL,** and I am an attorney in good standing in this in every other Court to which I have been admitted.

                                          s/KEVIN F. SULLIVAN
                                          KEVIN F. SULLIVAN
                                          Attorney for Defendant

### Proof of Service

To:   The Office of the United States Attorney
       1830 2nd Avenue
       Rock Island, IL 62302-8003

I, Kevin F. Sullivan, hereby certify that I have forwarded a copy of this Entry of Appearance upon the above listed person, by electronic filing, on February 28, 2008.

                                          s/KEVIN F. SULLIVAN
                                          KEVIN F. SULLIVAN
                                          Attorney for Defendant