**E-FILED**
Thursday, 28 February, 2008  12:47:49 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES OF AMERICA**
**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**ROCK ISLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )  | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 01-40100-003** |
| **vs.** ) | |
| ) | |
| **KENNETH LAVELLE CAMPBELL,** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION FOR REDUCTION OF SENTENCE

**NOW COMES** Defendant, **KENNETH LAVELLE CAMPBELL,** by and through

his Attorney, **KEVIN F. SULLIVAN,** and pursuant to 18 U.S.C. Section

3582)(c)(2) *et seq*., states the following in support of this

Motion for Reduction of Sentence:

### Procedural History

1.    On December 20, 2001, Defendant, **KENNETH LAVELLE CAMPBELL,**

      was charged by Indictment with the offense of Conspiracy to

      Distribute at least 50 grams of Cocaine Base (Crack) in

      violation of 21 U.S.C. Section 846 and 21 U.S.C. Section

      841(a)(1), and 21 U.S.C. 841 (b)(1)(B) *et seq*;

2.    On January 14, 2003, Defendant, **KENNETH LAVELLE CAMPBELL,**

      entered a plea of guilty to a lesser offense (involving at

      least 5 grams of cocaine base (crack));

3.    That on June 6, 2003, Defendant, **KENNETH LAVELLE CAMPBELL,**

      was sentenced to a term of incarceration of 87 months in  the

Federal Bureau of Prisons (FBOP):

a.    That this Court concluded that the total offense level (after all adjustments) for Defendant, **KENNETH LAVELLE CAMPBELL**, was 27;

b.    That this Court concluded that Defendant, **KENNETH LAVELLE CAMPBELL**, had a Category III criminal history, which resulted in a sentencing guildeline range of 87 to 108 months incarceration;

c.    That the Court sentenced Defendant, **KENNETH LAVELLE CAMPBELL**, to the low end of the applicable guildeline range, i.e., 87 months incarceration;

<u>Relief Requested</u>

4.    That as of March 3, 2008, the applicable sentencing guidelines (i.e., 2D1.1 <u>et</u> <u>seq</u>.) have been amended to alleviate the sentencing disparity for persons convicted of offenses related to cocaine and cocaine base (crack);

5.    That the amendments to the sentencing guidelines affect the sentence imposed upon Defendant, **KENNETH LAVELLE CAMPBELL**;

6.    That according to the amended sentencing guidelines, Defendant, **KENNETH LAVELLE CAMPBELL**, should receive a sentence reduction of (2) levels, which should reduce the incarceration of Defendant, **KENNETH LAVELLE CAMPBELL**, by at least seventeen (17) months from the sentence originally imposed;

7.  That based upon allowable "good time" credit adjustments to which Defendant, **KENNETH LAVELLE CAMPBELL**, is entitled and has earned, this Court should retroactively recalculate his remaining sentence in light of the reduction to which he is seeking and should otherwise be entitled;

8.  That since the time his sentence was imposed, Defendant, **KENNETH LAVELLE CAMPBELL**, has not violated any laws of any jurisdiction, has not incurred any disciplinary problems, and has otherwise earned all administrative good behavior credits;

9.  That since Defendant, **KENNETH LAVELLE CAMPBELL**, has been incarcerated, he has enrolled in various FBOP curricula, e.g., educational, athletic, etc., which has not only improved his life, but enhanced his ability to be self-sufficient and productive upon being released from incarceration;

10. That if this Court reduces the sentence of Defendant, **KENNETH LAVELLE CAMPBELL**, accordingly, this Court should consider releasing him from incarceration given the totality of circumstances and due to the fact that he should have a nominal amount of incarceration remaining; and

11. That this Motion to Reduce Sentence is filed in good faith, for purposes of advocating the cause of Defendant, **KENNETH LAVELLE CAMPBELL**, it is not interposed for any improper or vexatious reason.

**WHEREFORE**, Defendant, **KENNETH LAVELLE CAMPBELL**, hereby requests this Court consider and grant this Motion to Reduce Sentence and grant such further and other relief that is deemed just and appropriate under these circumstances.

Date: February 29th, 2008.

KENNETH LAVELLE CAMPBELL, Defendant,

s/KEVIN F. SULLIVAN
KEVIN F. SULLIVAN
Attorney for Defendant

**Proof of Service**

To:   The Office of the United States Attorney
      1830 2nd Avenue
      Rock Island, IL 62302-8003

I, Kevin F. Sullivan, hereby certify that I have forwarded a copy of this Motion for Reduction of Sentence upon the above listed person by electronic filing, on February 28, 2008.

s/KEVIN F. SULLIVAN
KEVIN F. SULLIVAN
Attorney for Defendant