**E-FILED**
Monday, 17 March, 2008  08:11:34 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff. <br><br> v. <br><br> KENNETH L. CAMPBELL, <br><br> Defendant. | No. 01CR40100 <br> Hon. Joe B. McDade <br> United States District Judge, <br> Presiding |

### AMENDED MOTION TO REDUCE SENTENCE

NOW COMES the Defendant, KENNETH L. CAMPBELL, by his court-appointed undersigned attorneys, Richard H. Parsons, Federal Public Defender for the Central District of Illinois and Jonathan E. Hawley, First Assistant Federal Public Defender, moving this Honorable Court pursuant to 18 U.S.C. § 3582(c)(2) for an order reducing the defendant's term of imprisonment, and in support thereof states the following:

1.      The Defendant pleaded guilty on January 14, 2003, to one count of conspiracy to distribute of cocaine base (crack) in violation of 21 U.S.C. §§ 841(a)(1) and 846.

2.      The offense carried a 5-year statutory mandatory minimum penalty.

3.      At sentencing, the defendant was held accountable for 47.7 grams of crack cocaine.  This amount resulted in a Base Offense Level of 30.

4.      With a 3-level downward adjustment for acceptance of responsibility, the Defendant's Total Offense Level was 27.

5.      At sentencing, this court found the Defendant's Criminal History Category to be

III, resulting in a guideline range of 87 to 108 months.

6.    This court and imposed a sentence of 87 months, the bottom of the range.

7.    Under Amendment #706 to the United States Sentencing Guidelines as made retroactive by Amendment #711, the Defendant's Base Offense Level is now 28, and with the same adjustments made at his original sentencing hearing, his Total Offense Level is 25, his criminal history category remains at III, and his **new guideline range is 70-87 months.**

8.    Undersigned counsel is aware of no institutional adjustment or public safety factors which would warrant denial of this motion.

9.    The United States Attorney's Office and the United States Probation Office have no objection to this motion.

WHEREFORE, the Defendant, KENNETH L. CAMPBELL, respectfully requests that this Honorable Court GRANT the Defendant's motion to reduce sentence and enter an Amended Judgment and Conviction sentencing the defendant to **70 months imprisonment**.

KENNETH CAMPBELL, Defendant

RICHARD H. PARSONS
Federal Public Defender

BY:    s/ Jonathan E. Hawley

_____
JONATHAN E. HAWLEY
Attorney for Defendant
First Assistant FPD
ARDC Reg. No. 6243088
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: jonathan_hawley@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2008, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to the

following: Assistant United States Attorney Jeffrey Lang.

s/ Jonathan E. Hawley

_____

JONATHAN E. HAWLEY
Attorney for Defendant
First Assistant FPD
ARDC Reg. No. 6243088
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: jonathan_hawley@fd.org
