AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Central District of Illinois



FILED
MAR 24 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

United States of America )
v. )
Kenneth Lavelle Campbell ) Case No: 01-40100-003
) USM No: 14357-424
Date of Previous Judgment: 06/09/2003 ) Jonathan Hawley
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 6/9/2003 months **is reduced to** 70 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 27                    Amended Offense Level: 25
Criminal History Category: III                Criminal History Category: III
Previous Guideline Range: 87 to 108 months    Amended Guideline Range: 70 to 87 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**




Except as provided above, all provisions of the judgment dated 06/09/2003 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 03/24/2008          S/Joe B. McDade
                                         Judge's signature

Effective Date: _____          S/Joe B. McDade, U.S. District Judge
(if different from order date)           Printed name and title